

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On July 23, 2015, relator Eduardo Trevino filed in this original proceeding a motion to rescind which appears to seek reconsideration of this court's prior order. The court has considered relator's motion and it is DENIED.

It is so **ORDERED** on September 4, 2015.

**PER CURIAM**

Attested: _____
             Keith E. Hottle
             Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.